# EXHIBIT "B"

06/06/2013 09:42 6102380244 DAVIS BUCCO ARDIZZI PAGE 04/06

# H & H MANUFACTURING COMPANY, INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS

A meeting of the newly elected Board of Directors was held on June 3, 2013, following the annual Stockholders meeting. There were present and participating at the meeting: Mark R. Tomei participated by telephone.

        Mark R. Tomei
        Vincent H. Tomei
        Marie L. Tomei

which were all of the directors of the Company.

Vincent H. Tomei presided as Chairman and Marie L. Tomei acted as Secretary of the meeting.

The minutes of the prior meeting were read and unanimously approved.

The meeting was called to elect officers.

The Chairman then announced the meeting was open for nominations. Marie L. Tomei nominated the following:

    President – Vincent H. Tomei
    Executive Vice President – Mark R. Tomei
    Vice President – Sales – George W. Cole
    Treasurer – Vincent H. Tomei
    Secretary – Marie L. Tomei
    Assistant Secretary – Mark R. Tomei

The Chairman asked if there were any other nominations. Since there were none, a motion was made and seconded that the nominations be closed, and those nominated be elected unanimously. The Chairman directed the Secretary of the meeting to cast a

Jun 10 15 08:45a Vincent Tomei 18565470096 p.5

06/06/2013  09:42    6102388244              DAVIS BUCCO ARDIZZI                     PAGE  05/06

unanimous ballot for the election of the nominated officers to serve for on year, or until their successors are appointed.

The directors discussed compensation for the officers for the year. It was unanimously agreed that basic weekly compensation, before meritorious bonuses, be in accordance with the Employment Agreement with Mr. Vincent H. Tomei, but will remain at $8,123.00 beginning May 1 2012.

The voting Stockholder agreed to appoint the firm of William E. Howe & Co., CPA's, as accountants for the fiscal year ending September 30, 2013. They are to prepare the annual tax returns and, if requested by the Board, a year end Review Report.

Additionally, the firm of Davis, Bucco & Ardizzi were appointed to be the attorney's for the Company.

The Directors authorized Vincent H. Tomei and Marie L. Tomei to sign checks at all Citizens Banks and any other bank. Thomas Tomei is no longer authorized to sign checks.

The Board confirmed the termination of Thomas R. Tomei as of May 31, 2013.

The Board confirmed the election to execute the December 1, 1976 Agreement, which calls for the purchase of 17,340 shares of non-voting stock held by, or for, Thomas R. Tomei. The purchase shall be at book value which is estimated at $650,000, payable in the amount of $7,800/year. Paul A. Bucco is requested to send to Thomas a letter that the Agreement of 12-1-76 was exercised buying all of his stock. A copy of said Agreement is to accompany said letter.

A three (3) page letter was sent on June 1, 2013, by Vincent H. Tomei to Thomas R. Tomei to reconcile any differences. He refused to do so, therefore, the letter was

05/06/2013  09:42   6102380244              DAVIS BUCCO ARDIZZI                PAGE  05/06

revoked by fax. Thomas and Janette were notified by fax, to charge Tom's note payable on H&H for the $718,150 of unauthorized withdraws he made from the company.

Both Thomas and Jeanette were requested to send to Vincent the books and records as of April 30, 2013. This was the second request. On May 24, 2013, this request was denied.

Thomas and Jeanette repeatedly refused to pay the medical premium reimbursement of $1,612.29/month and payroll due to Vincent.

Thomas refuses to pay the company attorney, Paul A. Bucco, the legal bill he incurred of $4,014.40. This was incurred for the benefit of the Company.

There being no further business to come before the Board, upon motion duly made, seconded and unanimously passed, the meeting was adjourned.

_Marie L. Tomei_
Marie L. Tomei
Secretary of the Meeting

WE, THE ABOVE, BEING ALL OF THE DIRECTORS OF H&H MFG, INC, HAVE READ THE MINUTES OF SAID MEETING OF JUNE 3, 2013, AT WHICH ALL DIRECTORS WERE PRESENT OR HEREBY APPROVE, RATIFY AND CONFIRM ALL THE DISCUSSED AT SAID MEETING AND WAIVE WRITTEN NOTICE THEREOF

_Vincent H Tomei_
Vincent H Tomei

_Marie L Tomei_
Marie L Tomei

_Mark R Tomei_