**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Camden, NJ**

THOMAS R TOMEI

                                   Plaintiff,

v.                                         Case No.:
                                          1:17–cv–06490–NLH–KMW

                                          Judge Noel L. Hillman

RIFE & ASSOCIATES MANAGEMENT
CONSULTING, LLC, et al.

                                   Defendant.


Clerk, Superior Court of New Jersey
Camden County Hall of Justice
101 South Fifth Street
Camden, NJ 08103

State No: CAM–L–2870–17

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


                                                   Very truly yours,

                                                   William T. Walsh, Clerk
                                                 By Deputy Clerk, rtm


encl.
cc: All Counsel